COURT OF APPEALS OF VIRGINIA

Before Judges Baker, Annunziata and Senior Judge Hodges

COMMONWEALTH OF VIRGINIA

v.          Record No. 1477-95-1          MEMORANDUM OPINION[*]
                                          BY JUDGE JOSEPH E. BAKER
LOUIS BERNARD McCLEAN                        FEBRUARY 13, 1996

FROM THE CIRCUIT COURT OF THE CITY OF NORFOLK
Lydia Calvert Taylor, Judge

Leah A. Darron, Assistant Attorney General
(James S. Gilmore, III, Attorney General, on
brief), for appellant.

Michael J. Woods (Wilcox & Woods, P.C., on
brief), for appellee.


In this appeal from the Circuit Court of the City of Norfolk
(trial court), the Commonwealth contends that the trial court
erroneously sustained the motion of Louis Bernard McClean
(appellee) to suppress evidence obtained from appellee's person
during a police search.

We have reviewed the record and, for the reasons set forth
in the opinion of the trial court, agree that the search of
appellee conducted by Officer Eicher violated appellee's Fourth
Amendment rights.

Accordingly, the judgment of the trial court is affirmed.

                                          Affirmed.

---

[*]Pursuant to Code § 17-116.010 this opinion is not
designated for publication.